## MEAD *v.* MEAD.

DIVORCE—EVIDENCE—APPEAL.
    A decree dismissing a bill for divorce, *held* to have been justified by the testimony.

Appeal from Calhoun; Winsor, J. Submitted June 6, 1902. (Docket No. 28.) Decided June 27, 1902.

Bill by Sarah A. Mead against Carey A. Mead for a divorce. From a decree dismissing the bill, complainant appeals. Affirmed.

*Miller & Miller* (*Clement Smith*, of counsel), for complainant.

HOOKER, C. J. We are of the opinion that the decree of the learned circuit judge, dismissing the complainant's bill, was justified by the testimony, and should not be disturbed. As the case involves no disputed question of law, it is unnecessary to say more.

   The decree is affirmed.

MOORE, GRANT, and MONTGOMERY, JJ., concurred. LONG, J., did not sit.